**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MICHAEL DANIELS, | ) | Case No. CV 15-9144-DDP (JPR) |
| Petitioner, | ) | |
| v. | ) | **J U D G M E N T** |
| RON DAVIS, Warden, et al., | ) | |
| Respondents. | ) | |

Under the Order Summarily Dismissing Petition for Writ of Habeas Corpus Without Prejudice and Administratively Closing Case,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: December 18, 2015

DEAN D. PREGERSON
U.S. DISTRICT JUDGE